IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS JOSE SANCHEZ-MENDEZ, et al.,<br><br>Defendant. | Case No. 22-CR-00125-01/44-CR-W-BP |

**GOVERNMENT'S NOTICE OF EXPERT WITNESSES**

The Government respectfully notifies the Court and defense counsel of its intent to call the following expert witnesses at trial. The reports of the experts, or that the experts relied upon, and their qualifications have been disclosed to the defense in discovery.

1. **Orion Mata, Task Force Officer (TFO)**
   U.S. Drug Enforcement Administration

   Subject Area: Drug Enforcement Administration TFO Orion Mata will offer expert testimony related to the distribution of controlled substances and drug interdiction. Based on his training and experience, TFO Mata will be able to explain the common methods and techniques used by drug traffickers to transport and conceal their illicit contraband as these subjects transport the substances across the United States to the end-user or criminal business organizations. Based on his training and experience, TFO Mata will be able to explain the process from wholesale-controlled substance distributor to the controlled substance user. TFO Mata will define distribution weights and user weights. Additionally, TFO Mata will provide insight on the methods and means used to distribute, protect, transport, and purchase controlled substances. TFO Mata's curriculum vitae, as well as a list of any publications authored in the previous ten years and a list of any other cases in which TFO Mata has testified as an expert in the previous four years will be disclosed. Said curriculum vitae as well as an affidavit by TFO Mata have been provided to defense counsel.

1

Respectfully submitted,

TERESA A. MOORE
United States Attorney
Western District of Missouri

By  */s/Patrick C. Edwards*

Patrick C. Edwards
Megan A. Baker
Assistant United States Attorneys
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 23, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Patrick C. Edwards*
Patrick C. Edwards
Assistant United States Attorney