IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>LUIS EDUARDO PINEDA-ZARAO,<br><br>                  Defendant. | Case No. 22-00125-03-CR-BP |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America and files the attached list of exhibits which the Government may offer during the trial in this matter. The Government reserves the right to supplement this list to include additional exhibits.

                                            Respectfully submitted,

                                            Teresa A. Moore
                                            United States Attorney

                        By  */s/ Megan A. Baker*

                                            Patrick C. Edwards
                                            Megan A. Baker
                                            Assistant United States Attorneys
                                            Charles Evans Whittaker Courthouse
                                            400 E. 9th Street, Suite 5510
                                            Kansas City, Missouri, 64106
                                            Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 7, 2024 to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                              */s/ Megan A. Baker*
                                              Megan A. Baker
                                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 22-00125-03-CR-BP |
| LUIS EDUARDO PINEDA-ZARAO, | |
| Defendant. | |

# **E X H I B I T S**

| | | |
|---|---|---|
| ✔ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| **Search Warrant Evidence** | | | | |
| 1 | | | | Espino iCloud - Conversation with Pineda-Zarao (2475) |
| 2 | | | | Espino iCloud - Conversation with Posey (4175) |
| 3 | | | | Espino iCloud - Pineda-Zarao Contacts |
| 4 | | | | Espino Phone - Conversation with El Cejas (8750) |
| 5 | | | | Espino Phone - Conversation with Lemus-Mejia (2754) |
| 6 | | | | Espino Phone - Pineda-Zarao Contacts |
| 7 | | | | Espino Phone - Text Conversation with Pineda-Zarao (1881) |
| 8 | | | | Espino Phone - WhatsApp Conversation with Pineda-Zarao (1881) |
| 9 | | | | Pineda-Zarao iCloud - Conversation with 7408 |
| 10 | | | | Pineda -Zarao iCloud - Conversation with 8032 |
| 11 | | | | Pineda -Zarao iCloud - Pertinent Photos |
| 12 | | | | Pineda -Zarao iCloud - Sanchez-Mendez Contact |
| 13 | | | | Pineda -Zarao Phone - Conversation with 0122 |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 14 | | | | Pineda -Zarao Phone - Conversation with 0904 |
| 15 | | | | Pineda -Zarao Phone - Conversation with 1578 |
| 16 | | | | Pineda -Zarao Phone - Conversation with 3597 |
| 17 | | | | Pineda -Zarao Phone - Conversation with 5195 |
| 18 | | | | Pineda -Zarao Phone - Conversation with 5538 |
| 19 | | | | Pineda -Zarao Phone - Conversation with 7976 |
| 20 | | | | Pineda -Zarao Phone - Conversation with 9610 |
| | | | | **Title III Evidence** |
| 21 | | | | Session 125, October 9, 2021: Call from Pineda-Zarao to Sanchez-Mendez |
| 21a | | | | Session 125 transcript |
| 21b | | | | Session 125 video of call with transcript |
| 22 | | | | Session 282, October 11, 2021: Call from Pineda-Zarao to Sanchez-Mendez |
| 22a | | | | Session 282 transcript |
| 22b | | | | Session 282 video of call with transcript |
| 23 | | | | Session 440, October 12, 2021: Call from Pineda-Zarao to Sanchez-Mendez |
| 23a | | | | Session 440 transcript |
| 23b | | | | Session 440 video of call with transcript |
| 24 | | | | Session 609, October 13, 2021: Call from Pineda-Zarao to Sanchez-Mendez |
| 24a | | | | Session 609 transcript |
| 24b | | | | Session 609 video of call with transcript |
| | | | | **Physical Evidence and Documents** |
| 25 | | | | Consent to Search Form |
| 26 | | | | Handgun recovered |
| 27 | | | | PINEDA-Zarao cell phone recovered from residence |
| 28 | | | | ESPINO cell phone |
| 29 | | | | Certified Copy of USCIS Form I-821D (Consideration of DACA) |
| 30 | | | | Cooperating Defendant #1 proffer letter |
| 31 | | | | Cooperating Defendant #1 plea agreement |
| 32 | | | | Cooperating Defendant #1 cooperation addendum |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 33 | | | | Cooperating Defendant #2 proffer letter |
| 34 | | | | Cooperating Defendant #2 plea agreement |
| 35 | | | | Cooperating Defendant #2 cooperation addendum |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |

I certify that on _____ I received from the Clerk, United States District Court, Western District of Missouri, the numbered exhibits listed above, for which I hold myself responsible.

_____          _____
PRINTED NAME                                                      SIGNATURE